

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00469-CV

**IN RE** Rafael **RAMIREZ** and Reynaldo Flores

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Delivered and Filed: August 31, 2022

PETITION FOR WRIT OF MANDAMUS AND WRIT OF PROHIBITION DISMISSED FOR WANT OF JURISDICTION

On August 1, 2022, relators filed a petition for writ of mandamus and writ of prohibition. After considering the petition and record, this court concludes it is without jurisdiction over this petition. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *Chenault v. Phillips*, 914 S.W.2d 140, 141 (Tex. 1996) (orig. proceeding) (per curiam); *In re Haarmann*, No. 13-12-00372-CR, 2012 WL 2359897, at *1 (Tex. App.—Corpus Christi–Edinburg June 18, 2012, orig. proceeding) (mem. op.). Accordingly, relators' petition for writ of mandamus and writ of prohibition is dismissed.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021DC001263JA, styled *Mercedes-Benz Financial Services USA LLC vs. Rafael Ramirez*, pending in the Justice Court, Precinct 1, Place 1, Webb County, Texas, the Honorable Juan Paz Jr. presiding.